B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–33122 lmw**

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/3/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael Festa
89 Chipman Street, Unit 8
Waterbury, CT 06708

| Case Number:* | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 09–33122 lmw | xxx–xx–2057 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Joseph P. Rigoglioso | Barbara H. Katz |
| 375 Coram Avenue | 57 Trumbull Street |
| Shelton, CT 06484 | New Haven, CT 06510 |
| Telephone number: (203) 922–8100 | Telephone number: (203)772–4828 |

## Meeting of Creditors

Date: **December 8, 2009**       Time: **09:30 AM**

Location: **The Giaimo Federal Building, 150 Court Street, Room 309, at intersection of Court and Orange St., New Haven, CT 06510**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/8/10**

**"Discharge will not enter unless a Financial Management Certificate AND the Debtor's Certification of Financial Management (Official Form B23) are filed by: 2/8/10**
**Please note: This is not the same as the pre–filing credit counseling certificate."**

## Deadline to File Reaffirmation Agreements:
2/8/10

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED, SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Connecticut Financial Center | Clerk of the Bankruptcy Court: |
| 157 Church Street | |
| 18th Floor | *Deborah S. Hunt* (signature) |
| New Haven, CT 06510 | |
| Telephone number: 203–773–2009 | |
| NOTE: VCIS 24 hour information toll free 1–800–800–5113 | Deborah S. Hunt |

| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  11/3/09 |

**EXPLANATIONS**        B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

<u>Refer to Other Side for Important Deadlines and Notices</u>

# CERTIFICATE OF NOTICE

```
District/off: 0205-3           User: awilson              Page 1 of 1               Date Rcvd: Nov 04, 2009
Case: 09-33122                 Form ID: B9A               Total Noticed: 17

The following entities were noticed by first class mail on Nov 06, 2009.
db           +Michael Festa,   89 Chipman Street, Unit 8,   Waterbury, CT 06708-3777
aty          +Joseph P. Rigoglioso,   375 Coram Avenue,   Shelton, CT 06484-3109
tr           +Barbara H. Katz,   57 Trumbull Street,   New Haven, CT 06510-1004
smg         ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,   C & E DIVISION BANKRUPTCY UNIT,
               25 SIGOURNEY STREET,   HARTFORD CT 06106-5041
              (address filed with court:   State of CT Dept. of Revenue Services,
                Collections and Enforcement Div.,   25 Sigourney Street,   Hartford, CT  06106)
ust          +U. S. Trustee,   Office of the U.S. Trustee,   Giaimo Federal Building,
               150 Court Street, Room 302,   New Haven, CT 06510-2022
7159054       AMEX,   Suite 0002,   Chicago, IL 60690-0002
7159056      +Bass & Associates,   3938 E. Fort Lowell Rd,   Suite 200,   Tucson, AZ 85712-1010
7159057      +CCB Credit Services, Inc.,   P.O. Box 272,   Springfield, IL 62705-0272
7159058      +Citi Business Card,   P.O. Box 183059,   Columbus, OH 43218-3059
7159059       Citibank South Dakota, N.A.,   P.O. Box 953025,   St. Louis, MO 63195-3025
7159060       Coldwell Banker,   P.O. Box 5452,   Mt. Laurel, NJ 08054-5452
7159062      +ERI,   P.o. Box 15380,   Baltimore, MD 21220-0380
7159063      +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
7159065      +Kimberly Festa,   39 Horton Hill Road, Unit 5A,   Naugatuck, CT 06770-4857
7159066       Nissan Motor,   P. O. Box 371491,   Pittsburgh, PA 15250-7491
The following entities were noticed by electronic transmission on Nov 04, 2009.
tr           +EDI: QBHKATZ.COM Nov 04 2009 15:38:00      Barbara H. Katz,   57 Trumbull Street,
               New Haven, CT 06510-1004
7159055       EDI: BANKAMER.COM Nov 04 2009 15:38:00      Bank of America,   P.O. Box 15716,
               Wilmington, DE 19886-5716
7159064       EDI: HFC.COM Nov 04 2009 15:38:00      HSBC Retail Services,   P.O. Box 4144,
               Carol Stream, IL 60197-4144
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7159061       Collect Corp,   455 North 3rd Street,   Suite 260,   Phoenix, A
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2009**                              **Signature:**   _Joseph Speetjens_