B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
Case No. <u>09–33122</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Festa
   89 Chipman Street, Unit 8
   Waterbury, CT 06708

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2057

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                              BY THE COURT

Dated: <u>2/9/10</u>                                                     <u>Lorraine Murphy Weil</u>
                                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0205-3           User: admin                 Page 1 of 1                  Date Rcvd: Feb 10, 2010
Case: 09-33122                 Form ID: B18                Total Noticed: 17

The following entities were noticed by first class mail on Feb 12, 2010.
db           +Michael Festa,    89 Chipman Street, Unit 8,    Waterbury, CT 06708-3777
tr           +Barbara H. Katz,    57 Trumbull Street,    New Haven, CT 06510-1004
7159054       AMEX,    Suite 0002,    Chicago, IL 60690-0002
7159056      +Bass & Associates,    3938 E. Fort Lowell Rd,    Suite 200,    Tucson, AZ 85712-1010
7159057      +CCB Credit Services, Inc.,    P.O. Box 272,    Springfield, IL 62705-0272
7159058      +Citi Business Card,    P.O. Box 183059,    Columbus, OH 43218-3059
7159059       Citibank South Dakota, N.A.,    P.O. Box 953025,    St. Louis, MO 63195-3025
7159060       Coldwell Banker,    P.O. Box 5452,    Mt. Laurel, NJ 08054-5452
7159062      +ERI,   P.o. Box 15380,    Baltimore, MD 21220-0380
7159063      +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
7159065      +Kimberly Festa,    39 Horton Hill Road, Unit 5A,    Naugatuck, CT 06770-4857
7159066       Nissan Motor,    P. O. Box 371491,    Pittsburgh, PA 15250-7491

The following entities were noticed by electronic transmission on Feb 10, 2010.
tr           +EDI: QBHKATZ.COM Feb 10 2010 15:33:00      Barbara H. Katz,    57 Trumbull Street,
               New Haven, CT 06510-1004
cr           +EDI: BECKLEE.COM Feb 10 2010 15:33:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
cr            EDI: RECOVERYCORP.COM Feb 10 2010 15:38:00      Capital Recovery III LLC c/o Recovery Management S,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7159055       EDI: BANKAMER.COM Feb 10 2010 15:33:00      Bank of America,    P.O. Box 15716,
               Wilmington, DE 19886-5716
7159064       EDI: HFC.COM Feb 10 2010 15:33:00      HSBC Retail Services,    P.O. Box 4144,
               Carol Stream, IL 60197-4144
7176200       EDI: RECOVERYCORP.COM Feb 10 2010 15:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7159061       Collect Corp,    455 North 3rd Street,    Suite 260,    Phoenix, A
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2010**                           **Signature:**     _Joseph Speetjens_